THE TOLEDO EDISON CO., APPELLANT, *v.* PUBLIC UTILITIES COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as Toledo Edison Co. *v.* Pub. Util. Comm. (1983), 5 Ohio St. 3d 95.]

(No. 82-1443—Decided May 19, 1983.)

*Messrs. Fuller & Henry, Mr. Paul M. Smart, Mr. Fred J. Lange, Jr., Mr. Stephen B. Mosier* and *Ms. Regina M. Reid,* for appellant.

*Mr. Anthony J. Celebrezze, Jr.,* attorney general, and *Mr. Harris S. Leven,* for appellee.

*Mr. William A. Spratley,* consumers' counsel, *Mr. Timothy C. Jochim* and *Mr. Bruce J. Weston,* for intervening appellee.

*Per Curiam.* "An appeal from the Public Utilities Commission to the Supreme Court is predicated upon the finality of the order. * * *" *Hall China Co.* v. *Pub. Util. Comm.* (1977), 50 Ohio St. 2d 206, 209 [4 O.O.3d 390]. In *Hall China,* we held that a commission order is not final and appealable where the matter is still pending before the commission on rehearing. *Id.* at 210. To hold otherwise would be inconsistent with this court's repeatedly pronounced disfavor of piecemeal appeals. See *Ashtabula* v. *Pub. Util. Comm.* (1942), 139 Ohio St. 213 [22 O.O. 11]; *Co-operative Legislative Comm. of Transp. Brotherhoods* v. *Pub. Util. Comm.* (1948), 150 Ohio St. 277 [37 O.O. 501]; and *Canton* v. *Pub. Util. Comm.* (1963), 174 Ohio St. 373 [22 O.O.2d 422].

The appeal herein, having been taken from a non-final order, is hereby *sua sponte* dismissed.

*Appeal dismissed.*

CELEBREZZE, C.J., W. BROWN, SWEENEY, LOCHER, HOLMES, C. BROWN and J.P. CELEBREZZE, JJ., concur.